CHARLES ANDREWS et al., Executors, etc., Appellants, *v.* CHARLES P. PHILLIPS as Committee, etc., Impleaded, etc., Respondent.

(Argued March 5, 1880; decided April 6, 1880.)

Decided on the facts in the case.

*George M. Kennedy* for appellants.

*T. K. Fuller* for respondent.

RAPALLO, J., reads for affirmance.

All concur, except FOLGER, J., who dissents and reads opinion for reversal, and ANDREWS, J., who takes no part.

Judgment affirmed.

———

WILLIAM H. BROWN, Respondent, *v.* PETER W. GALLAUDET, Appellant.

Argued March 9, 1880; decided April 6, 1880.)

*Wm. W. Niles* for appellant.

*Nathaniel C. Moak* for respondent.

AGREE to dismiss appeal without opinion.

All concur.

Appeal dismissed.

———

AUGUSTIN H. MOJARRIETA et al., Respondents, *v.* TOMAS SAENZ et al., Appellants.

(Argued March 9, 1880; decided April 6, 1880.)

*Edward Patterson* for appellants.

*J. F. Mosher* for respondents.

AGREE to affirm on opinion of General Term.

All concur, except ANDREWS, J., absent.

Order affirmed.